**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Steven Smith
Camp D Eagle #4 DOC No. 129336
Louisiana State Prison
Angola LA 70707

**REHEARING ACTION: June 15, 2016**

**Docket Number: 15   00924-KH**

**STATE OF LOUISIANA**
**VERSUS**
**STEVEN SMITH**

**Writ Application from Lafayette Parish Case No. 56482**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Steven Smith** has this day been

    **DENIED.**

cc: Keith A. Stutes, Counsel for  the Respondent